**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:21-CV-343-MOC-DCK**

| | | |
|---|---|---|
| **DALE THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HISCOX INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

 **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Victoria T. Kepes, concerning Henry W. Frampton IV, on August 19, 2021.  concerning Henry W. Frampton IV seeks to appear as counsel *pro hac vice* for Defendant.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

 **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**.  Henry W. Frampton IV is hereby admitted *pro hac vice* to represent Defendant.

 **SO ORDERED**.

Signed: August 19, 2021

David C. Keesler
United States Magistrate Judge